**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 26 2016

**MATTHEW J. DYKMAN**
CLERK

Name: Stephen R. Jackson
Address: 10807 N. County Rd. 2100
Lubbock, TX 79415

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Stephen Ray Jackson, Plaintiff
(Full Name)

v.

Sara Kay French
Don E. French
Thomas J. Fiechtl
Defendant(s)

CASE NO. 16 cv 490 KK
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Stephen R. Jackson (Plaintiff), is a citizen of Texas (State), who presently resides at 10807 N. County Road 2100, Lubbock, Texas 79415 (Mailing address or place of confinement).

2) Defendant Sara Kay French (Name of first defendant) is a citizen of Albuquerque, New Mexico (City, State), and is employed as unknown (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☐   No ☒   If your answer is "Yes", briefly explain:

3) Defendant __Don E. French__ is a citizen of
(Name of second defendant)
__Albuquerque, New Mexico__, and is employed as
(City, State)
__unknown__. At the time the claim(s)
(Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☐   No ☒    If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.) (over)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

Defendants concealed from Plaintiff facts relative to the estate of Vena Irene Fiechtl. Having accomplished this; income from that estate due the Plaintiff has been illegally consumed by Defendants Sara Kay French, Don E. French. Plaintiff has suffered loss of income and enjoyment of property directly as a result of Defendant's misappropriation of estate proceeds and property.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I  Plaintiff has suffered loss of enjoyment of property and lost income directly as a result of Defendants Sara Kay French's and Don E. French's misappropriation of items in the estate and failure to reimburse the Plaintiff for rents due on the property at 10113 Propps Dr. NE, Albuquerque, NM 87112.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Defendant Sara Kay French has occupied the residential property 10113 Propps Dr. NE, Albuquerque, NM 87112 since the death of Vena Irene Fiechtl (mother of Plaintiff and his stepsister Sara Kay French and stepbrother Don E. French also residing at this residence). Defendant Thomas J. Fiechtl has acted to support the theft; allowing the other two Defendants occupancy as he is a 50% heir to the property and by providing illegal documentation in the form of a "quit claim deed" from Texas granting them 50% interest in property there, in which he had no standing as that property was purchased by the deceased before her acquaintance and eventual marriage to him (Thomas J. Fiechtl).

B)(1) Count II:

(2) Supporting Facts:

C)(1) Count III:

  (2) Supporting Facts:

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF   *None*

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☐   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  a) Parties to previous lawsuit.

    Plaintiffs: _____

    Defendants: _____

  b) Name of court and docket number:

  c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

  d) Issues raised: _____

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C.   Yes ☑   No ☐   If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

## E.  REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

1. Reimbursement for lost rental income from property located at 10113 Propps Dr. NE Albuquerque, NM 87112 beginning March 2007 to and including a date of disposition by the court.

2. Interest on missing rental income from the property included in the estate at the rate of 10% compounded monthly beginning March 2007.

3. Punitive damages equal to the total monetary amount of Items 1 and 2 above.

(over)

_____    _____
Signature of Attorney (if any)         Signature of Petitioner

Attorney's full address and telephone number.

property included in the estate at the rate of 10% compounded monthly beginning March 2007.

3. Punitive damages equal to the total monetary amount of Items 1 and 2 above.

4. In the event the property has been liquidated prior to this court's decision; Plaintiff requests compensation in the total monetary amount of items 1 - 3 above.

5. Plaintiff be awarded administrative duties and management of the estate's property.

6. Verifiable accounting of the estate furnished to Plaintiff by Defendants within 30 days of disposition of this action.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at  Lubbock, TX       on  05/23/2016
                                          (Date)

_____
(Signature)

JS 44-TXND (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. PLAINTIFFS**
Stephen R. Jackson
10807 N. County Rd. 2100
Lubbock, TX 79415

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
pro se

**DEFENDANTS**
Sara Kay French
1. 10113 Propps Dr NE 87112
Albuquerque, N.M.
County of Residence of First Listed Defendant: Bernalillo

2. Don E. French
10113 Propps Dr NE
Albuquerque, NM 87112 (Def. III over)
, 87112

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty **Other:** | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
USC 42 §1983

Brief description of cause:
to recover monetary damages

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: Stephen R. Jackson  (pro se plaintiff)
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



Jackson
10807 N. County Rd E-100
Lubbock, TX 79415

RECEIVED
At Albuquerque NM

MAY 2 6 2016

MATTHEW J. DYKMAN
CLERK

U.S. Dist. Ct. - Dist. N.M.
Office of the Clerk
Suite 270
333 Lomas Blvd.
Albq. NM - 87102

USPS TRACKING #
9114 9012 3080 3278 0974 44